IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADVANCE STORES COMPANY, INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 7:19CV397 ) |
| NORTH AMERICAN ROOFING SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## DISMISSAL ORDER

This day came Advance Stores Company, Incorporated ("Advance"), by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and advised the court that Advance and the Defendant, North American Roofing Services, Inc. ("North American Roofing"), have settled and compromised all of their differences related to the claims asserted in this action. North American Roofing has not been served in this matter and has not filed an answer, and Advance hereby requests that this matter be dismissed with prejudice.

Wherefore, it appearing unto the Court proper to do so, it is ORDERED, ADJUDGED, and DECREED that Advance's Complaint is DISMISSED with prejudice.

The Clerk shall remove this case from the Court's active civil docket. The Clerk is directed to send a certified copy of this Dismissal Order to counsel for Advance.

ENTERED this 22nd day of August, 2019

/s/ Elizabeth K. Dillon
District Court Judge

1

WE ASK FOR THIS:

/s/ K. Brett Marston
K. Brett Marston (VSB No. 35900)
Kirk M. Sosebee (VSB No. 88013)
GENTRY LOCKE
10 Franklin Road SE, Suite 900
Roanoke, Virginia 24011
Telephone No.: (434) 983-9300
Facsimile No.: (434) 983-9391
Marston@gentrylocke.com
Sosebee@gentrylocke.com
*Counsel for Plaintiff Advance Stores Company, Incorporated*